ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Zuhmat Group Construction ) | ASBCA No. 59351 |
| ) | |
| Under Contract No. W91B4M-11-A-0005 ) | |

APPEARANCES FOR THE APPELLANT:       Eric S. Montalvo, Esq.
                                      Alison E. Spurlock, Esq.
                                        The Federal Practice Group
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Raymond M. Saunders, Esq.
                                        Army Chief Trial Attorney
                                      Frank A. March, Esq.
                                        Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: 10 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59351, Appeal of Zuhmat Group Construction, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals